of Columbia.   October 21, 1907.   Docketed, and dismissed with costs on motion of *Mr. H. Prescott Gatley* for the defendant in error.   No one opposing.

---

No. 1. AGUSTIN CASTELLO, APPELLANT, *v.* ERNEST RUFFER ET AL.   Appeal from the District Court of the United States for Porto Rico.   October 28, 1907.   Dismissed with costs, pursuant to the fifteenth rule, on motion of *Mr. George H. Lamar* in behalf of counsel for the appellees.   *Mr. James S. Harlan* and *Mr. John Maynard Harlan* for appellant.   *Mr. N. B. K. Pettingill* for appellees.

---

No. 100. ARIZONA EASTERN RAILROAD COMPANY, APPELLANT, *v.* PHŒNIX AND EASTERN RAILROAD COMPANY.   October 29, 1907.   Appeal from the Supreme Court of the Territory of Arizona.   Dismissed, per stipulation.   *Mr. Eugene S. Ives* and *Mr. Maxwell Evarts* for appellant.   *Mr. Robert Dunlap, Mr. T. J. Norton* and *Mr. E. W. Camp* for appellee.

---

No. 296. EVALYN S. FRANCE, FORMERLY EVALYN S. TOME, APPELLANT, *v.* JOSEPH M. COLEMAN ET AL.   Appeal from the Court of Appeals of the District of Columbia.   October 29, 1907.   Dismissed with costs, on motion of counsel for appellant.   *Mr. George E. Hamilton, Mr. M. J. Colbert* and *Mr. John J. Hamilton* for appellant.   No appearance for appellees.

---

No. 93. GOVAN BEARD, PLAINTIFF IN ERROR, *v.* THE STATE OF ARKANSAS.   In error to the Supreme Court of the State